William Eugene WEBB, Petitioner—
Appellant,

v.

Joe DRIVER, CEO, Trustee; D. Moreno, ISM; Harley G. Lappin; Kim White, Regional Director; A. Gonzalez; United States Attorney General, Re-spondents—Appellees.

No. 08–6563.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 17, 2008.

William Eugene Webb, Appellant Pro Se. Alan Gordon McGonigal, Office of the United States Attorney, Wheeling, West Virginia, for Appellees.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Eugene Webb appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Webb v. Driver*, No. 2:06–cv–00122–REM–JSK, 2008 WL 822109 (N.D.W.Va. Mar. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*